EMMANUEL C. AKUDINOBI, SBN 188903
epcakudinobi@yahoo.com
CHIJIOKE O. IKONTE, SBN 206203
cikonte@yahoo.com
LAW OFFICES OF AKUDINOBI & IKONTE
3435 WILSHIRE BLVD., SUITE 1520
LOS ANGELES, CA 90010
(213) 387 - 0869
(213) 387 - 0969 (fax)

Attorneys for Plaintiffs
LAWANA GANTT, ESTATE OF TIMOTHY GANTT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAWANA GANTT, individually and as Successor in Interest of the ESTATE OF TIMOTHY GANTT<br><br>Plaintiff,<br><br>Vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant | Case No.:<br><br>**COMPLAINT FOR DAMAGES** |

Plaintiff LAWANA GANTT, individually and as successor-in-interest to the ESTATE OF TIMOTHY GANTT herein alleges as follows:

**I**

**Jurisdiction and Venue**

1. This action is brought pursuant to the Federal Tort Claims Act ("FTCA") 28 *U.S.C.* §§ 1346(b), 2671 *et seq.*

2. Venue is proper in the Central District of California pursuant to 28 *U.S.C.* § 1391(e)(1) because the events or omissions that the claim is based upon occurred within the Central District.

3. Plaintiffs exhausted their administrative remedies by timely filing a claim with the Department of Veterans Affairs pursuant to FTCA and received a denial of their claims.

## II

## Parties

4. Plaintiff Lawana Gantt is the surviving spouse of decedent Timothy Gantt. She brings this action individually and as the successor-in-interest to Timothy Gantt. At all times relevant she was a resident of the County of Los Angeles.

5. At all times relevant, the United States of America, acted through its agency, the Department Veteran Affairs which operates the VA Greater Los Angeles Healthcare System located at 11301 Wilshire Blvd., Los Angeles, CA 90073.

## III

## Factual Allegations

6. Decedent Timothy Gantt began experiencing problems with his stomach and upper gastrointestinal tract in 2018.

7. An upper GI endoscopy was performed on February 13, 2018. The biopsy revealed the presence of lesion and a more extensive biopsy was recommended.

8. In the interim, Timothy Gantt continued to experience the discomfort. Such discomfort includes problems with swallowing, chest pain, indigestion and heartburn, and weight loss.

9. Timothy Gantt had a second upper GI endoscopy on May 14, 2018. He was diagnosed with H-pylori infection.

10. His symptoms worsened resulting in multiple visits to the emergency room and doctor's office.

11. As a result of his worsening conditions and doctor's visits, he had a third upper GI endoscopy on December 4, 2018. He was diagnosed with Stage 4 esophageal cancer.

12. Timothy Gantt died on June 25, 2019 from esophageal cancer.

### III
### Cause of Action
### Negligence

13. Plaintiffs re-allege and reincorporate each and every allegation above as if fully set forth herein.

14. Defendant had a duty to provide ordinary care, and to exercise that standard and degree of care and skill required of health care providers, consistent with the expertise that defendant presented to the community at large.

15. The defendant breached its duty of care to Timothy Gantt when it failed to timely diagnose esophageal cancer despite the symptoms presented and failed to properly interpret the upper GI endoscopy that reveal the presence of malignancy.

16. The defendant failed to timely refer Timothy Gantt to specialist to diagnose and treat the symptoms that he presented.

17. As a result of the breach of duty of care, Timothy Gantt succumbed to esophageal cancer.

18. As a direct and proximate result of defendant's negligence, plaintiffs were harmed in an amount to be proved at trial.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for the following relief:

1. For awarded compensatory and general damages in an amount according to proof;
2. For special damages according to proof;

3. For pre- and post-judgment interest on all damages as allowed by law;

4. For costs of suit incurred herein; and

5. For such other and further relief as this court deems just and proper.

Dated August 9, 2021        Law Offices of Akudinobi & Ikonte,

BY:_____
Emmanuel C. Akudinobi, Esq.
Chijioke O. Ikonte, Esq.
Attorneys for Plaintiff
Lawana Gantt, individually and as successor-in-interest to Estate of Timoth Gantt.